IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCISCO E. RUBIO JR.,

              Petitioner,              No. CIV S-06-2325 GEB GGH P

    vs.

RICHARD J. KIRKLAND, et al.,

              Respondents.          <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        Petitioner is incarcerated in Pelican Bay State Prison and was convicted in Del Norte County.  Both Pelican Bay State Prison and Del Norte County are in an area embraced by the United States District Court for the Northern District of California.

        Pursuant to 28 U.S.C  § 2241(d), courts in both the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus filed by state prisoners.  Because petitioner was not convicted in this district, and is not presently confined here, this court does not have jurisdiction to entertain the application.

/////

/////

1

1       Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the

2  United States District Court for the Northern District of California.  28 U.S.C. § 2241(d); 28

3  U.S.C. § 1406(a).

4  DATED: 11/20/06            /s/ Gregory G. Hollows

5                            GREGORY G. HOLLOWS
                              UNITED STATES MAGISTRATE JUDGE

6

7  GGH:mp
  rubi2325.108b

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26